| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (If known): _____ Chapter 15 |

☐ Check if this is an amended filing

## Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  HOLDWAVE TRADING LIMITED

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other 04873145 . Describe identifier UK company registration

For individual debtors:

☐ Social Security number: xxx – xx– ___ ___ ___ ___

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___

☐ Other _____ . Describe identifier _____

**3. Name of foreign representative(s)**  Nicholas Wood, Colin Diss, and Michael Leeds

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  Creditors Voluntary Liquidation, Case no. CR-2021-MAN-000215

**5. Nature of the foreign proceeding**

Check one:

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. Order confirming the status of the liquidation and the Joint Liquidators' appointment in the same

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

| Debtor | HOLDWAVE TRADING LIMITED | Case number (if known) |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

England and Wales

Debtor's registered office:

4 Hardman Square, Spinningfields
Number    Street

_____
P.O. Box

Manchester    M3 3EB
City    State/Province/Region    ZIP/Postal Code

England
Country

Individual debtor's habitual residence:

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

Address of foreign representative(s):

30 Finsbury Square
Number    Street

_____
P.O. Box

London         EC2A 1AG
City    State/Province/Region    ZIP/Postal Code

England
Country

**10. Debtor's website** (URL)

_____

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

　　☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

　　☐ Partnership

　　☐ Other. Specify: _____

☐ Individual

| Debtor | HOLDWAVE TRADING LIMITED | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _[signature]_                           COLIN DISS
Signature of foreign representative       Printed name

Executed on  06 / 14 / 2021
            MM / DD / YYYY

✗ _____       _____
Signature of foreign representative       Printed name

Executed on _____
            MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Nyana Abreu Miller                  Date _____
Signature of Attorney for foreign representative        MM / DD / YYYY

Nyana Abreu Miller
Printed name

Sequor Law, P.A.
Firm name

1111 Brickell Avenue, Suite 1250
Number      Street

Miami                                     FL          33131
City                                      State       ZIP Code

(305) 372-8282                            nmiller@sequorlaw.com
Contact phone                             Email address

092903                                    FL
Bar number                                State

Official Form 401   Chapter 15 Petition for Recognition of a Foreign Proceeding   page 3