**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

HOLDWAVE TRADING LIMITED,                Chapter 15
                                         Case No.:
Debtor in a Foreign Proceeding.
_____/

## RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Mr. Colin Diss, one of the joint liquidators ("Joint Liquidators" or "Foreign Representatives") of the creditors' voluntary liquidation of Holdwave Trading Limited ("Holdwave" or "Debtor"), provides the following information in conformity with Fed. R. Bankr. P. 1007(a)(4) and 7007.1:

1. At the time Holdwave went into liquidation, its sole shareholder was Leslie Scheltens, an individual.

2. As to the Joint Liquidators, the corporate ownership statement is inapplicable, as they are individuals.

## 28 U.S.C. § 1746 VERIFICATION

I verify under penalty of perjury under the laws of the United States of America that the foregoing Corporate Ownership Statement is true and correct.

Executed in London, United Kingdom on 14 June, 2021

_____
Colin Diss – as Joint Liquidator for Oceanroad Global Services Limited in the UK Proceeding

Dated: June 14, 2021               Respectfully submitted,

                                      **SEQUOR LAW, P.A.**
                                      1111 Brickell Avenue, Suite 1250
                                      Miami, Florida 33131
                                      Telephone: (305) 372-8282
                                      Facsimile: (305) 372-8202

                                 By: */s/ Nyana Abreu Miller*
                                      Edward H. Davis, Jr., Fla. Bar No. 704539
                                      edavis@sequorlaw.com
                                      Gregory S. Grossman, Fla. Bar No. 896667
                                      ggrossman@sequorlaw.com
                                      Nyana Abreu Miller, Fla. Bar No. 092903
                                      nmiller@sequorlaw.com
                                      Carolina Z. Goncalves, Fla. Bar No. 124570
                                      cgoncalves@sequorlaw.com