UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 21-16133 |
| OCEANROAD GLOBAL SERVICES LIMITED, | Chapter 15 |
|     Debtor in a Foreign Proceeding. _____/ | |
| In re: | Case No.: 21-16139 |
| HOLDWAVE TRADING LIMITED, | Chapter 15 |
|     Debtor in a Foreign Proceeding. _____/ | |

**MOTION FOR JOINT ADMINISTRATION UNDER
FED. R. BANK. P. 1015(b) & LOCAL RULE 1015-1**

Nicholas Wood, Colin Diss, and Michael Leeds, the joint liquidators ("Joint Liquidators" or "Foreign Representatives") of the foreign bankruptcy estates of Oceanroad Global Services Limited ("Oceanroad") and Holdwave Trading Limited ("Holdwave") (collectively, the "Debtors"), submit this Motion for Joint Administration for procedural purposes only, under Federal Rule of Bankruptcy Procedure 1015 and Local Rule 1015-1, and in support state as follows:

**BACKGROUND**

1.    On June 24, 2021, the Foreign Representatives filed two petitions for relief under Chapter 15 of the United States Bankruptcy Code. The first-filed case of In re: Oceanroad Global Services Limited, Case No. 21-16133, was assigned to The Honorable Laurel M. Isicoff. The case of In re: Holdwave Trading Limited, Case No. 21-16139, was filed second and assigned to The Honorable Robert A. Mark.

2. For the reasons stated herein, the two cases are related and therefore should be jointly administered.

## JURISDICTION

3. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 157(b)(2)(P), Federal Rule of Bankruptcy Procedure 1015, and Local Rule 1015-1.

## BASIS FOR RELIEF

4. The Court may order the joint administration of the estates of a debtor and its affiliates for procedural purposes under Federal Rule of Bankruptcy Procedure 1015(b)(4).

5. The Foreign Representatives were appointed as the joint liquidators for the estates of both Debtors, as confirmed by the Liquidation and Appointment Orders entered by the High Court of Justice Business and Property Courts in Manchester Insolvency and Companies List (ChD). See DE 2-1(A).

6. The Foreign Representatives filed two petitions for recognition under Chapter 15 for the related estates of Oceanroad and Holdwave. As demonstrated by the timeline attached as **Exhibit 1**, these Debtors have had the same shareholders throughout their corporate existence, except for a short period from 2008-2011. They also had the same directors during most of their corporate existence. Thus, the request for joint administration is proper under Rule 1015.

7. Moreover, the Foreign Representatives expect to serve discovery that will implicate both cases. Accordingly, joint administration will save judicial resources, time, and costs and will avoid potential confusion and duplicative work in the discovery process, such as the avoidance of duplicative notices, as well as any motions, hearings, and orders pertaining thereto.

8. This Court and other courts have entered orders to jointly administer related Chapter 15 cases. See In re Massa Falida de Mappin Lojas de Departamento S.A., Case No. 16-

25541-RAM, at DE 11 (Bankr. S.D. Fla. 2016); In re Diplomata S/A Industrial E. Comercial, Case No. 16-15327-LMI, at DE 9 (Bankr. S.D. Fla. 2016); In re Durant Int'l Corp., Case No. 19-26542-AJC, at DE 11 (Bankr. S.D. Fla. 2020); see also In re OAS, S.A., No. 15-10937-SMB, at DE 13 (Bankr. S.D.N.Y. 2015).

9. Under Local Rule 1015-1(A)(1)(b), joint administration will not give rise to conflict of interests among the cases being jointly administered.

### NOTICE AND REQUEST FOR HEARING TO BE SET WITH RECOGNITION HEARING

10. Since all other foreign proceedings involving these Debtors are being prosecuted by the Foreign Representatives and there is no litigation pending in the United States in which the Debtors are parties, the Foreign Representatives submit that no further notice of this Motion is required.

11. The Foreign Representatives request that this Court consider the relief requested at the same hearing when the Court shall consider the Foreign Representatives' Verified Motion for Order of Recognition of Foreign Main Proceeding. DE 2.

### DESIGNATION OF LEAD CASE

12. Finally, pursuant to Local Rule 1015-1(A)(5)(a), the Foreign Representatives request that Case No.: 21-16133, In re: Oceanroad Global Services Limited, be designated as the "lead case" and that the caption for both cases be modified to reflect their joint administration under the designated lead case as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No.: 21-16133

OCEANROAD GLOBAL SERVICES LIMITED,          Chapter 15
HOLDWAVE TRADING LIMITED,

    Debtors in a Foreign Proceeding.                *(Jointly Administered)*
_____/

    WHEREFORE, the Foreign Representatives respectfully request that this Court enter an Order granting this Motion for Joint Administration and for such further relief this Court deems just and proper.

Date: June 25, 2021                Respectfully submitted,

                                                **SEQUOR LAW, P.A.**
                                                1111 Brickell Avenue, Suite 1250
                                                Miami, Florida 33131
                                                Telephone: (305) 372-8282
                                                Facsimile: (305) 372-8202

                                                By: */s/ Carolina Z. Goncalves*
                                                Edward H. Davis, Jr., Fla. Bar No. 704539
                                                edavis@sequorlaw.com
                                                Gregory S. Grossman, Fla. Bar No. 896667
                                                ggrossman@sequorlaw.com
                                                Nyana Abreu Miller, Fla. Bar No. 092903
                                                nmiller@sequorlaw.com
                                                Carolina Z. Goncalves, Fla. Bar No. 124570
                                                cgoncalves@sequorlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on June 25, 2021 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system.

/s/ *Carolina Z. Goncalves*
Carolina Z. Goncalves

**Notice will be electronically mailed to:**

Nyana Abreu Miller on behalf of Debtors Oceanroad Global Services Limited and Holdwave Trading Limited
nmiller@sequorlaw.com, msanchez@sequorlaw.com

Carolina Z. Goncalves on behalf of Debtors Oceanroad Global Services Limited and Holdwave Trading Limited
cgoncalves@sequorlaw.com, msanchez@sequorlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov